J-A12031-25

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT O.P. 65.37**

| | | |
|---|---|---|
| RYAN P. GIVEY | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| Appellant | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ALICIA A. GIVEY | : | No. 153 EDA 2025 |

Appeal from the Order Entered January 9, 2025
In the Court of Common Pleas of Chester County
Civil Division No(s): 2015-0644-CU

BEFORE:  STABILE, J., DUBOW, J., and SULLIVAN, J.

JUDGMENT ORDER BY SULLIVAN, J.:                    **FILED APRIL 25, 2025**

After careful review, we conclude all issues Givey raises, with the exception of his claim concerning the psychiatrist/psychologist-patient privilege, must be quashed as they are interlocutory.  ***See G.B. v. M.M.B.***, 670 A.2d 714, 722 (Pa.Super. 1996).  At the trial court's request, we remand for that court to conduct further proceedings concerning the privilege claim.

Appellant's application to strike is denied.

Appellant's petition to appear remotely at oral argument is DENIED as moot. The Prothonotary is directed to strike this case from the argument list.

Case remanded.  Jurisdiction relinquished.

Judgment Entered.

Benjamin D. Kohler, Esq.
Prothonotary


Date: <u>4/25/2025</u>